IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:24-CV-233

CHRISTOPHER J. WRETMAN,

    Plaintiff,

vs.

THE UNIVERSITY OF NORTH CAROLINA SYSTEM, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, THE UNIVERSITY OF NORTH CAROLINA BOARD OF TRUSTEES, BOARD OF GOVERNORS THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, LEE H. ROBERTS, in his official capacity, KEVIN M. GUSKIEWICZ, individually , JEFFREY CAMPBELL, individually and his official capacity, J. CHRISTOPHER CLEMENS, individually and in his official capacity, RAMONA DENBY-BRINSON individually and in her official capacity JEREMY ENLOW, individually and in his official capacity, C. ELIZABETH HALL, individually and in her official capacity, G. MARK HOLMES, individually and in his official capacity, DONNA JAMES-WHIDBEE, individually and in her official capacity, T. ADELE MAYFIELD, individually and in her official capacity, ANGENETTE MCADOO, individually and in her official capacity, LORA WICAL, individually and in her official capacity, MARGARET BARRETT individually and in her official capacity, and MIMI V. CHAPMAN individually and in her official capacity,

**NOTICE OF REMOVAL**
**28 U.S.C. §§ 1331, 1441, and 1446**

**Orange County Superior Court**
**State of North Carolina**
**24-CVS-000227**

Defendants.

**TO:** The United States District Court for the
Middle District of North Carolina

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendants the University of North Carolina System ("UNC System"), the University of North Carolina at Chapel Hill ("UNC-CH"), improperly named the University of North Carolina Board of Trustees, improperly named Board of Governors the University of North Carolina at Chapel Hill,[1] Lee H. Roberts, Kevin M. Guskiewicz, Jeffrey Campbell, J. Christopher Clemens, Ramona Denby-Brinson, Jeremy Enlow, C. Elizabeth Hall, G. Mark Holmes, Donna James-Whidbee, T. Adele Mayfield, Angenette McAdoo, Lora Wical, Margaret Barrett, and Mimi V. Chapman (hereinafter "Defendants") respectfully submit this Notice of Removal of the above-captioned case from the Superior Court for Orange County, North Carolina (File No. 24-CVS-000227), to this Honorable Court.

In support of this Notice, Defendants state the following:

## PROCEDURAL BACKGROUND AND RELEVANT ALLEGATIONS

1. Plaintiff Christopher J. Wretman commenced this action by filing a Complaint on February 15, 2024, in the General Court of Justice, Superior Court Division, Orange County, North Carolina. The case was docketed as 24-CVS-000227. Pursuant to

---

[1] The UNC System does not have a Board of Trustees; it has a Board of Governors. N.C. Gen. Stat. § 116-2. UNC-CH does not have a Board of Governors; it has a Board of Trustees. *Id.*

28 U.S.C. § 1446(a), a copy of the state court file is attached as Exhibit 1, and incorporated herein by reference.

2. Plaintiff alleges claims under Title IX, 20 U.S.C. § 1681, and 42 U.S.C. § 1983, for which he seeks damages and other relief.

## FEDERAL QUESTION JURISDICTION[2]

3. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as it is apparent from Plaintiff's Complaint that this action arises under and presents questions of federal law. Specifically, Plaintiff alleges a claim for discrimination based on sex in violation of Title IX, 20 U.S.C. § 1681, and denial of due process in violation of 42 U.S.C. § 1983. Accordingly, Defendants may remove the action to this Court. *See* 28 U.S.C. § 1441(a).

## NOTICE OF REMOVAL IS TIMELY

4. The University of North Carolina at Chapel Hill Office of University Counsel received a copy of the complaint by email on February 16, 2024.

5. No Defendant was served prior to March 15, 2024, the date of this filing.

6. Thus, removal is timely under 28 U.S.C. § 1446(b).

## VENUE

---

[2] This Court may exercise supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a).

7. Venue is proper because the Middle District of North Carolina includes the Superior Court of Orange County, North Carolina, where this suit was originally filed. 28 U.S.C. §§ 1331(a), 1441(a).

## UNANIMOUS CONSENT TO REMOVAL

8. Plaintiff's Complaint names the University of North Carolina System, the University of North Carolina at Chapel Hill, the University of North Carolina Board of Trustees, Board of Governors the University of North Carolina at Chapel Hill, Lee H. Roberts, Kevin M. Guskiewicz, Jeffrey Campbell, J. Christopher Clemens, Ramona Denby-Brinson, Jeremy Enlow, C. Elizabeth Hall, G. Mark Holmes, Donna James-Whidbee, T. Adele Mayfield, Angenette McAdoo, Lora Wical, Margaret Barrett, and Mimi V. Chapman as Defendants in the caption. To the extent certification pursuant to 28 U.S.C. § 1446(b)(2) is necessary, undersigned counsel certifies that Defendants[3] consent to this Notice of Removal.

## NOTICE TO PLAINTIFF AND STATE COURT

9. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for Orange County.

---

[3] Defendants includes the Board of Governors of the University of North Carolina and the University of North Carolina at Chapel Hill Board of Trustees, who were improperly named in the caption. *See supra* n.1.

## NON-WAIVER OF DEFENSES

10. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them and expressly reserve all such defenses, objections, and motions. This includes, but is not limited to, defenses and objections on the basis of lack of personal jurisdiction, subject matter jurisdiction, insufficient service of process, insufficient process, and improper service.

WHEREFORE, Defendants respectfully give notice that the above-styled action pending in the Superior Court for Orange County, North Carolina, has been removed therefrom to this Court pursuant to the federal question jurisdiction invoked by Plaintiff's Title IX and §1983 claims.

This the 15th day of March, 2024.

                                              JOSHUA H. STEIN
                                              Attorney General

                                              /s/ Anne P. Martin
                                              Anne P. Martin
                                              N.C. State Bar No. 48760
                                              amartin@ncdoj.gov
                                              N.C. Department of Justice
                                              P.O. Box 629
                                              Raleigh, NC  27602
                                              Tel: 919.716.6920
                                              Fax: 919.716.6764
                                              *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system and served the same upon counsel for Plaintiff by depositing it in the United States mail, first-class postage prepaid, and addressed to:

Matthew C. Suczynski
Michael R. Paduchowski
Ray J. Griffis, Jr.
Attorneys for Plaintiff
Law Office of Matthew Charles Suczynski, PLLC
208 North Columbia Street
Chapel Hill, NC 27514
attorney@matthewcharleslaw.com

This the 15th day of March, 2024.

JOSHUA H. STEIN
Attorney General

/s/ Anne P. Martin
Anne P. Martin
Assistant Attorney General