IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:24-CV-233

| | |
|---|---|
| CHRISTOPHER J. WRETMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, THE UNIVERSITY OF NORTH CAROLINA BOARD OF TRUSTEES, BOARD OF GOVERNORS THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, LEE H. ROBERTS, in his official capacity, KEVIN M. GUSKIEWICZ, individually , JEFFREY CAMPBELL, individually and his official capacity, J. CHRISTOPHER CLEMENS, individually and in his official capacity, RAMONA DENBY-BRINSON individually and in her official capacity JEREMY ENLOW, individually and in his official capacity, C. ELIZABETH HALL, individually and in her official capacity, G. MARK HOLMES, individually and in his official capacity, DONNA JAMES-WHIDBEE, individually and in her official capacity, T. ADELE MAYFIELD, individually and in her official capacity, ANGENETTE MCADOO, individually and in her official capacity, LORA WICAL, individually and in her official capacity, MARGARET BARRETT | **INDEX OF EXHIBITS** |

individually and in her official capacity, and MIMI V. CHAPMAN individually and in her official capacity,

        Defendants.

1. Index of Exhibits
2. Civil Summons and Cover Sheet
3. Complaint