```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


CHRISTOPHER J. WRETMAN,          )
                                 )
               Plaintiff,        )
                                 )
      v.                         )
                                 )
THE UNIVERSITY OF NORTH          )
CAROLINA SYSTEM; THE UNIVERSITY  )
OF NORTH CAROLINA AT CHAPEL      )
HILL; THE UNIVERSITY OF NORTH    )
CAROLINA BOARD OF TRUSTEES;      )
BOARD OF GOVERNORS THE           )
UNIVERSITY OF NORTH CAROLINA     )
AT CHAPEL HILL; LEE ROBERTS, in  )
his official capacity; KEVIN     )        1:24-cv-233
M. GUSKIEWICZ, individually;     )
JEFFREY CAMPBELL, individually   )
and in his official capacity;    )
J. CHRISTOPHER CLEMENS,          )
individually and in his official )
capacity; JEREMY ENLOW,          )
individually and in his official )
capacity; C. ELIZABETH HALL,     )
individually and in her official )
capacity; G. MARK HOLMES,        )
individually and in his official )
capacity; DONNA JAMES-WHIDBEE,   )
individually and in her official )
capacity; T. ADELE MAYFIELD,     )
individually and in her official )
capacity; ANGENETTE MCADOO,      )
individually and in her official )
capacity; LORA WICAL,            )
individually and in her official )
capacity; MARGARET BARRETT,      )
individually and in her official )
capacity; MIMI V. CHAPMAN,       )
individually and in her official )
capacity; and RAMONA             )
DENBY-BRINSON, individually and  )
```

in her official capacity;           )
                                    )
            Defendants.             )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's state law claims are **REMANDED** to the General Court of Justice, Superior Court Division, State of North Carolina, County of Orange.

This the 30th day of June, 2025.

_____
United States District Judge