# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401

Lawrence H. Cunningham, Clerk          June 30, 2025          TELEPHONE:
                                                              CIVIL (336) 332-6000

Clerk of Court
Orange County Superior Court
106 East Margaret Lane
Hillsborough, NC 27278

Dear Clerk**,**

**RE:** MDNC Case 1:24CV233; WRETMAN v. THE UNIVERSITY OF NORTH CAROLINA SYSTEM et al. Orange County Superior Court Case: 24CVS 000227.

An Order of Remand has been entered in this Court remanding this case to your court. Enclosed are the following:

      1.Certified Copy of Memorandum Opinion and Order and Judgment

      2. Certified Copy of Docket sheet.

Counsel are responsible for forwarding copies of any documents filed with this court which they wish to be included in the state court action.

Please place your case number on the enclosed copy of this letter and acknowledge receipt in the area provided below.

      Sincerely,

      LAWRENCE H. CUNNINGHAM, CLERK


      By: /s/ Abby Taylor
      Deputy Clerk

at
Enclosures

_____          06/30/2025
      Name                      _____
                                  Date
_____
      Case Number